

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00223-CR

| | | |
|---|---|---|
| Ex parte Catlin Wayne Briscoe | § | From the 89th District Court |
| | § | of Wichita County (182,663-C) |
| | § | October 8, 2015 |
| | § | Opinion by Justice Gabriel |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying habeas relief is reversed and this case is remanded to the trial court to set a reasonable bail; to determine what conditions, if any, should be imposed; and to allow the State and Catlin Wayne Briscoe to present any additional evidence or argument that the trial court deems relevant to each of the factors discussed in the opinion.

It is further ordered that the State shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel